CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 26 2014

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VICTOR ANTONIO MANZANO-HERNANDEZ,  Plaintiff, | ) ) ) | Civil Action No. 7:13-cv-00605 |
| | ) | **MEMORANDUM OPINION** |
| v. | ) ) | |
| | ) | By:   James C. Turk |
| SAMUELS, ET AL,  Defendant(s). | ) ) | Senior United States District Judge |

Victor Antonio Manzano-Hernandez, proceeding pro se, filed a civil rights complaint, pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). By Order entered 12/27/2013, the court directed plaintiff to submit within 10 days from the date of the Order his financial information for the six-month period preceding the filing of the complaint, and his verified statement demonstrating exhaustion of available remedies. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he has not returned the financial information and verified statement. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __26th__ day of February, 2014.

/s/ James C. Turk
Senior United States District Judge