CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 26 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| VICTOR ANTONIO MANZANO-HERNANDEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:13-cv-00605 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| SAMUELS, ET AL, | ) | By:   James C. Turk |
| Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 26th day of February, 2014.

/s/ James C. Turk
Senior United States District Judge